NO UNPUBLISHED OPINIONS FILED TODAY.